16-2023-CA-002430-XXXX-MA Div: CV-H

Filing # 169158006 E-Filed 03/20/2023 05:39:13 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

**RENE BUXTON,**

    **Plaintiff,**

vs.

**PANDA EXPRESS, INC.,**
**a Foreign Profit Corporation,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, RENE BUXTON, sues the Defendant, PANDA EXPRESS, INC., and alleges:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff, RENE BUXTON, was and remains a resident of Clay County, Florida.

3. At all times material hereto, including August 25, 2022, Defendant, PANDA EXPRESS, INC., d/b/a Panda Express, was and remains a Foreign Profit Corporation that owns and maintains a business located at 9580 Applecross Road, Jacksonville, Duval County, Florida, said business being a restaurant establishment, providing in store dining, and home delivery.

4. At all times material hereto, including August 25, 2022, Defendant, PANDA EXPRESS, INC., expressly and impliedly warranted the safety of the food they advertised, prepared and/or served its patrons, including Plaintiff herein.

5. At all times material hereto, Defendant, PANDA EXPRESS, INC., knew or should have known that the general public, including Plaintiff herein, would not have the knowledge and/or expertise to inspect the food provided for purity, wholesomeness, or fitness for consumption.

6. On or about August 25, 2022, Plaintiff, RENE BUXTON, ordered/purchased food from Defendant, PANDA EXPRESS, INC., which was delivered to her home. Due to the fact Plaintiff was scheduled to have unrelated surgery (which got cancelled), Plaintiff had not consumed any food for approximately 24 hours prior to eating the food ordered from Defendant, PANDA EXPRESS, INC. Prior to eating said food, Plaintiff was not sick, nor was she suffering from any digestive infirmities.

7. Upon receiving and eating said food from Defendant, PANDA EXPRESS, INC., Plaintiff became violently ill and was forced to seek medical intervention and treatment. Through testing it was determine Plaintiff suffered from salmonella poisoning. The food prepared by Defendant, PANDA EXPRESS, INC., and eaten by Plaintiff, RENE BUXTON, was the only food she consumed in a 24 hour period, and as such was the only way for Plaintiff to have contracted salmonella.

8. Venue in Duval County, Florida, is proper as that is where the incident occurred.

9. At all times material hereto, including August 25, 2022, Defendant, PANDA EXPRESS, INC., owned, operated, leased, possessed, controlled and/or managed the premises located at 9580 Applecross Road, Jacksonville, Duval County, Florida, said business being a restaurant opened to the general public, including the Plaintiff herein.

10. On or about August 25, 2022, the Plaintiff, RENE BUXTON, was lawfully ordered food from Defendant, PANDA EXPRESS, INC., said food being delivered to her home.

11. On said date, Defendant, PANDA EXPRESS, INC., owed Plaintiff a duty to exercise reasonable care in storing, preparing and cooking any and all food they provided, for the safety and health of Plaintiff herein.

12. On said date, Defendant had exclusive control over the ingredients that went into the food provided to Plaintiff, including the storing, preparing and cooking of said ingredients.

13. At said time and place, Defendant, PANDA EXPRESS, INC., through its agents and/or employees, negligently breached its duties of reasonable care for the safety and protection of its customers, including Plaintiff herein.

14. Defendant negligently failed to prevent reasonably foreseeable injuries to its customers by failing to use utilize clean, safe, healthy ingredients.

15. Defendant negligently failed to prevent reasonably foreseeable injuries to its customers by failing to properly cook the food prepared and provided to Plaintiff, in that it was cooked thoroughly enough to no longer contain salmonella bacteria.

16. Defendant negligently failed to prevent reasonably foreseeable injuries to its customers by failing to properly train its employees in preparing said food, so that such food would be safe to consume and be absent of dangerous bacteria such as salmonella.

17. Defendant failed to implement necessary polices and procedures to assure all food provided to its customers was safe for consumption and free of dangerous bacteria.

18. On said date, Defendant negligently breached any and all expressed and/or implied warranties of merchantability for its food provided to Plaintiff, by failing to prepare said food properly, which would have eradicated any bacteria originally present in said food, prior to serving said food to Plaintiff.

19. As a direct and proximate result of the above-described negligence, after Plaintiff consumed said food prepared and provided by Defendant, she became violently ill, causing injuries as set forth in the paragraph below.

20. As a direct and proximate result of the above-described negligence, Plaintiff suffered bodily injuries in and about her body, digestive track, and organs, resulting in pain and suffering, disfigurement, permanent scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of medical and nursing care and treatment, loss of past and future earnings, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, RENE BUXTON, demands judgment against Defendant, PANDA EXPRESS, INC., for damages, costs of this action, interest, and such other and further relief as this Court may deem fair and just, and demands a trial by jury on all issues so triable.

**MORGAN & MORGAN**

*/s/ Jeffrey M. Moody*
**JEFFREY M. MOODY, ESQ.**
FBN: 0160570
501 Riverside Avenue, Suite 1200
Jacksonville, Florida 32202
Primary:  jmoody@forthepeople.com
Secondary:  sbuckland@forthepeople.com
Phone:  (904) 398-2722
Facsimile:  (904) 361-4473
Attorney for Plaintiff