UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RENE BUXTON,

    Plaintiff,

v.

    Case No. 3:23-cv-1037-TJC-LLL

PANDA EXPRESS, INC., a Foreign
Profit Corporation,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal (Doc. 17), filed on September 5, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 9th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record